## Law Offices of David S. Barmak, LLC

**David S. Barmak**
Licensed in NJ, NY, PA and CT

Senders Direct Phone Line:
(609) 688-0055
Senders Direct Fax Line:
(609) 688-1199
Senders Email Address:
david@barmak.com

**MAILING ADDRESS**
Suite 103 #400, 1330 Route 206
Skillman, NJ  08558
(609) 688-0055
Website:  www.barmak.com
Email:  info@barmak.com

**Main Office Location**
1026 Route 518, Suite 240
Rocky Hill, NJ  08553

**Branch Offices**
Suite 2124
101 West 23rd Street
New York, NY  10010

142 E. Chestnut Hill Road
Litchfield, CT  06759

September 15, 2009

<u>**Via EFC & Regular Mail**</u>

The Honorable Michael A. Shipp
United States District Court - District of New Jersey
Martin Luther King Jr. Federal Building
  and United States Courthouse
50 Walnut Street
Newark, NJ 07102

                Re:    Volpe *et al.* v. Alliance Hand and Physical Therapy, Inc.
                      Case Number 2:08-cv-5481

Dear Judge Shipp:

      This firm represents the Plaintiffs as captioned. We recently received any inquiry from your office staff regarding the status of the above matter. This is to advise you that counsel has met and discussed the continuation and extension of the settlement agreement which was signed by all parties on May 8, 2009. We have agreed to extend its terms to December 15, 2009. The Defendant, in the CEPA case, has deposited the agreed upon settlement amount which I currently hold in my trust account. The only remaining item is the cooperation of the U.S. Attorney's Office to resolve the issues in

the Qui Tam case. I have been in touch with Alex Kriegsman, Esq. and we are currently attempting to have that part of the case resolved amicably.

There is a status conference currently scheduled for September 17, 2009. In view of the foregoing, all parties join me in requesting that the conference be adjourned to allow negotiations to continue so that these matters can be resolved without Court intervention.

> Very truly yours,
> LAW OFFICES OF DAVID S. BARMAK, L.L.C.
>
> David S. Barmak

DSB/rld
c:   John R. Dineen, Esq. – Via EFC and Regular Mail
     Alex Kriegsman, Esq., Asst. U.S. Attorney– Via Email and Regular Mail
     Ms. Tiffany Volpe – Via Email