**Law Offices of David S. Barmak, LLC**

David S. Barmak
Licensed in NJ, NY, PA and CT

Senders Direct Phone Line:
(609) 688-0055
Senders Direct Fax Line:
(609) 688-1199
Senders Email Address:
david@barmak.com

MAILING ADDRESS
Suite 103 #400, 1330 Route 206
Skillman, NJ 08558
(609) 688-0055
Website: www.barmak.com
Email: info@barmak.com

Main Office Location
1026 Route 518, Suite 240
Rocky Hill, NJ 08553

Branch Offices
Suite 2124
101 West 23rd Street
New York, NY 10010

142 E. Chestnut Hill Road
Litchfield, CT 06759

September 17, 2009

<u>Via EFC & Fax to 973-645-4412</u>
The Honorable Michael A. Shipp
United States District Court - District of New Jersey
Martin Luther King Jr. Federal Building
 and United States Courthouse
50 Walnut Street
Newark, NJ 07102

        Re: Volpe *et al.* v. Alliance Hand and Physical Therapy, Inc.
           Case Number 2:08-cv-5481

Dear Judge Shipp:

In furtherance of my letter of September 15, 2009, please be advised that I have been in contact with Mr. Kriegsman who advises me that his office takes no position with respect to our request for an adjournment of the status conference that is scheduled for September 17, 2009 at 4:00 PM.

        Very truly yours,
        LAW OFFICES OF DAVID S. BARMAK, L.L.C.

        */s/ David S. Barmak*
        David S. Barmak

DSB/rld
c: John R. Dineen, Esq. – Via EFC and Fax to 201-784-0236
  Alex Kriegsman, Esq., Asst. U.S. Attorney– Via Email and Regular Mail
  Ms. Tiffany Volpe – Via Email