# NETCHERT, DINEEN & HILLMANN, ESQS.

294 Harrington Avenue • Suite 3
Closter, New Jersey  07624

**William J. Netchert**
**John R. Dineen** *
**Michael J. Hillmann**

**Joseph T. Ryan** ‡
OF COUNSEL

**Manuel M. Salazar** *

(201) 784-1046
FAX (201) 784-0236

**HUDSON COUNTY OFFICE**:
Baldwin Professional Center
280 Baldwin Avenue
Jersey City, New Jersey  07306
(201) 656-3000

Please respond to  Closter

\* Member of the NJ and NY Bar
‡ Certified Civil Trial Attorney

February 4, 2010

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
*via Electronic Filing*


  RE:  Volpe, et al. V. Alliance Hand and Physical Therapy, et al.
       Case No.  2:08-cv-05481-DRD-MAS
       Our File No.  AL-09801

Dear Judge Shipp:

 We are in receipt of the order setting this matter for a telephone status conference on February 19, 2010 and have advised Mr. Barmak of same.  However, I will be out of state from February 17, 2010 to February 25, 2010 on a previously scheduled vacation.   Therefore, I request that the telephone status conference be rescheduled after February 25, 2010.  I have received the consent of Mr. Barmak to my request.

 Thank you for your courtesies and consideration.

                                        Respectfully,

                                        /s/ John R. Dineen
                                        John R. Dineen

JRD/ntm

cc:  David Barmak, Esq.  609-688-1199