UNITED STATES DISTRICT COURT        **CLOSED**

DISTRICT OF NEW JERSEY

NEWARK, NEW JERSEY


**TIFFANY VOLPE**                         :

                                         :

                    V.                   :                **ORDER**

                                         :

                                         :

**ALLIANCE HAND AND PHYSICAL THERAPY**   :

**INC.**                  :

                                         :        Civil  08-5481 (DRD)

                                         :


    It has been reported to the Court that the above entitled action has been settled;

**It is on this 30 th day of JUNE, 2010**

    **O R D E R E D** that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown within 60 days, to re-open this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.


———————————————————
**DICKINSON R. DEBEVOISE**
United States District Judge